IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Reeves, Ralph F
Reeves, Doris L
Printed: 11/20/07

Case Number: 05 B 03722
Judge: Squires, John H
Filed: 2/4/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Completed: November 1, 2007
Confirmed: March 23, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 45,285.00 |  |
| Secured: |  | 19,648.57 |
| Unsecured: |  | 20,806.94 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,515.00 |
| Trustee Fee: |  | 2,189.27 |
| Other Funds: |  | 125.22 |
| Totals: | 45,285.00 | 45,285.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Schottler & Zukosky | Administrative | 2,515.00 | 2,515.00 |
| 2. | City Of Chicago | Secured | 4,882.16 | 4,882.16 |
| 3. | Ford Motor Credit Corporation | Secured | 14,766.41 | 14,766.41 |
| 4. | City Of Chicago Dept Of Revenue | Unsecured | 3,006.80 | 3,006.80 |
| 5. | City Of Chicago | Unsecured | 3,791.64 | 3,791.64 |
| 6. | Ford Motor Credit Corporation | Unsecured | 12,610.55 | 12,610.55 |
| 7. | Peoples Energy Corp | Unsecured | 3,307.04 | 1,397.95 |
| 8. | Capital One | Unsecured |  | No Claim Filed |
| 9. | Discover Financial Services | Unsecured |  | No Claim Filed |
| 10. | University of Chicago Hospital | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 44,879.60 | $ 42,970.51 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 58.40 |
| 4% | 179.47 |
| 3% | 161.55 |
| 5.5% | 691.07 |
| 5% | 142.07 |
| 4.8% | 534.60 |
| 5.4% | 422.11 |
|  | _____ |
|  | $ 2,189.27 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Reeves, Ralph F<br>           Reeves, Doris L<br>           Printed: 11/20/07 | Case Number: 05 B 03722<br>Judge: Squires, John H<br>Filed: 2/4/05 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                                              Marilyn O. Marshall, Trustee, by:

                                              _/s/ Denise Ashley_